No. 631. ALLEN *v.* ALLEN.

*Per Curiam:* The motion for leave to file state-

ment as to jurisdiction is granted. The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. *Lynn Adams* and *Robert E. Shelton* for appellant-petitioner. *Tom W. Garrett* for appellee-respondent.